# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACK IN FIVE, LLC a California limited liability company; BACKLIFE LTD., an Israeli company,<br><br>Plaintiffs,<br><br>v.<br><br>INFINITE INTERNATIONAL INC., a California corporation; JACK HSU, an individual; YU-LING LINDA HSU, an individual; and DOES 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. CV 11-0243 GAF (AJWx)<br><br>[Proposed]<br><br>**CONSENT DECREE OF A PERMANENT INJUNCTION** |

Plaintiffs Back in Five, LLC and BackLife Ltd. (collectively "Plaintiffs") having filed a complaint in this action asserting claims against defendants Infinite International, Inc., Jack Hsu, and Yu-Ling Linda Hsu (collectively "Defendants") for patent infringement, trade dress infringement, and unfair competition and the parties desiring to settle the action by, among other things, the entry of a Consent Decree of certain terms,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as between the parties hereto that:

1. This Court has jurisdiction over the subject matter of this action and of the parties hereto.

2. U.S. Patent No. 6,443,916 titled "Device for Preventing or Relieving Pain in the Lower Back" (the "'916 Patent") and U.S Patent No. 7,179,237 titled "Device for Preventing or Relieving Pain in the Lower Back" (the "'237 Patent"), collectively referred to herein as "the Patents-in-Suit," are valid and enforceable.

3. Defendants Jack Hsu, Yu-Ling Linda Hsu, and Infinite International, Inc., and their agents, servants, and employees, and all persons in active concert or participation with them, are hereby permanently restrained and enjoined, during the life of the Patents-in-Suit, from manufacturing, advertising, promoting, selling, offering for sale, or distributing within the United States, or importing into the United States, any devices that infringe the Patents-in-Suit.

4. Each party to this action shall bear his, her, or its own costs, expenses, and attorneys fees incurred in connection with this action.

5. This Consent Decree shall be deemed to have been served upon each party to this action as of the time of its execution and entry by the Court.

6. The Court shall retain jurisdiction for the purpose of making any further orders necessary or proper for the construction or modification of this Consent Decree and the enforcement thereof.

Dated: February 4, 2013

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

CONSENTS

The undersigned hereby consent to the entry of a Consent Decree in the above-captioned action in a form similar in all material respects to the foregoing form.

BACK IN FIVE, LLC

Print Name: _____

Title: _____

Date: _____

BACKLIFE LTD.

Print Name: Raz Liran

Title: CEO

Date: _____

JACK HSU

*/signature/*

Date: 01/07/2013

YU-LING LINDA HSU

_____

Date: _____

INFINITE INTERNATIONAL, INC.

Print Name: _____

Title: _____

Date: _____

## CONSENTS

The undersigned hereby consent to the entry of a Consent Decree in the above-captioned action in a form similar in all material respects to the foregoing form.

**BACK IN FIVE, LLC**                           **BACKLIFE LTD.**

Print Name: _____             Print Name: _____ Raz Liran _____

Title: _____              Title: _____ CEO _____

Date: _____               Date: _____


**JACK HSU**                                    **YU-LING LINDA HSU**

_____               _____[signature]_____

Date: _____               Date: _____ 1/7/13 _____


**INFINITE INTERNATIONAL, INC.**

_____[signature]_____

Print Name: _____ Yu Ling Hsu _____

Title: _____ CEO _____

Date: _____ 1/7/13 _____

CONSENTS

The undersigned hereby consent to the entry of a Consent Decree in the above-captioned action in a form similar in all material respects to the foregoing form.

BACK IN FIVE, LLC

Print Name: _____

Title: _____

Date: _____

BACKLIFE LTD.

_____/s/_____

Print Name: ___Raz Liran___

Title: ___CEO___

Date: ___01/05/13___

JACK HSU

_____

Date: _____

YU-LING LINDA HSU

_____

Date: _____

INFINITE INTERNATIONAL, INC.

_____

Print Name: _____

Title: _____

Date: _____

1060454502.

- 5 -

CONSENT DECREE

## CONSENTS

The undersigned hereby consent to the entry of a Consent Decree in the above-captioned action in a form similar in all material respects to the foregoing form.

BACK IN FIVE, LLC

[signature]

Print Name: _Lenny Savdr_

Title: _Manager_

Date: _Jan 4/2012_

BACKLIFE LTD.

Print Name: _Raz Liran_

Title: _CEO_

Date: _____

JACK HSU

Date: _____

YU-LING LINDA HSU

Date: _____

INFINITE INTERNATIONAL, INC.

Print Name: _____

Title: _____

Date: _____

10604545v2

- 3 -
CONSENT DECREE